RECEIVED
IN LAKE CHARLES, LA

NOV - 3 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JANA AND RYAN JONES, INDIVIDUALLY AND AS CLASS REPRESENTATIVE ON BEHALF OF ALL SIMILARLY SITUATED PERSONS | : | DOCKET NO. 06-1407 |
| VS. | : | JUDGE TRIMBLE |
| NATIONAL SECURITY FIRE & CASUALTY COMPANY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for leave to file the First Supplemental and Amended Class Action Complaint (doc. #19) is hereby **GRANTED** and that such claims relate back to the filing of the original Complaint.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the motion to dismiss Plaintiffs' Complaint and/or to strike the class allegations (doc. #9) is hereby **GRANTED IN PART** and **DENIED IN PART**. The motion to dismiss the class allegations and claims of fraud is hereby **GRANTED**, but **DENIED** as to all remaining claims.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 3rd day of November, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE