U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 18 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JANA AND RYAN JOHN, INDIVIDUALLY AND AS CLASS REPRESENTATIVES ON BEHALF OF ALL SIMILARLY SITUATED PERSONS | : | DOCKET NO. 06-1407 |
| VS. | : | JUDGE TRIMBLE |
| NATIONAL SECURITY FIRE & CASUALTY COMPANY | : | |

## ORDER

Before the Court is an "Objection to and/or Appeal of Magistrate's Order" (doc. #54) filed by defendant, National Security Fire & Casualty wherein the mover seeks to reverse the Magistrate's Order[1] which allowed Plaintiffs to file a second amended complaint. After consideration of the arguments of the parties, the Court finds no basis to reverse the Magistrate's Order. Accordingly, it is

**ORDERED** that the appeal of the Magistrate's Order is hereby **DENIED**.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 18th day of December, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] See Order dated 11/01/2007.